# UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF LOUISIANA

# SHREVEPORT DIVISION

| | |
|---|---|
| **WILLIE LEE WINZER** | **CIVIL ACTION NO. 20-1204-P** |
| **VERSUS** | **JUDGE FOOTE** |
| **26TH JUDICIAL DISTRICT COURT, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights claims against the 26th Judicial District Court, Judge Craig, ADA Montgomery, Attorney Florence, and the Parish of Bossier are **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim for which relief may be granted pursuant to pursuant to 28 U.S.C. § 1915(e). **IT IS FURTHER ORDERED** that Plaintiff's claims seeking the dismissal of the criminal charges/convictions and his immediate release are **DISMISSED WITH PREJUDICE** for failure to state a claim for which relief may be granted pursuant to Section 1983. **IT IS FURTHER ORDERED** that Plaintiff's claims against the State of Louisiana are **DISMISSED WITHOUT PREJUDICE** because this court lacks subject matter jurisdiction.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, on this the  2nd  day of  September  2021.

_____
**ELIZABETH ERNY FOOTE**
**UNITED STATES DISTRICT JUDGE**